**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1799**

DOUGLAS LIBERT,

                    Plaintiff - Appellant,

          v.

PARKERSBURG CITY POLICE; "SANTA CLAUS"; DALLAS DONALDSON,

                    Defendants - Appellees.

Appeal from the United States District Court for the Southern
District of West Virginia, at Parkersburg.  Joseph R. Goodwin,
Chief District Judge.  (6:10-cv-00558)

Submitted:  December 29, 2011          Decided:  January 5,2012

Before AGEE and WYNN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Douglas Libert, Appellant Pro Se.  Sylvester Allen Hill, Jr.,
Joseph W. Hunter, MANNION & GRAY, Charleston, West Virginia, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Douglas Libert appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2006) suit. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Libert v. Parkersburg City Police</u>, No. 6:10-cv-00558 (S.D.W. Va. June 29, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>